BLANE A. SMITH (SB # 96795)          (SPACE BELOW FOR FILING STAMP ONLY)
FARMER, MURPHY, SMITH & ALLISTON
3640 American River Drive, Suite 150
Sacramento, California 95864
Telephone:  (916) 484-3500
Fax: (916) 484-3510

Attorneys for THE PROGRESSIVE CORPORATION; PROGRESSIVE CASUALTY INSURANCE COMPANY; PROGRESSIVE MARATHON INSURANCE COMPANY; and PROGRESSIVE HALCYON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE NEWLAND and JENNY NEWLAND,<br><br>    Plaintiffs,<br><br>v.<br><br>THE PROGRESSIVE CORPORATION; PROGRESSIVE CASUALTY INSURANCE COMPANY; PROGRESSIVE MARATHON INSURANCE COMPANY; PROGRESSIVE HALCYON INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 2:05-CV-01405-DFL-PAN<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR HEARING OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date: June 29, 2006<br>Time: 1:30 p.m.<br>Ctrm: 7 |

The parties hereto, BRUCE NEWLAND and JENNE NEWLAND, plaintiffs, and THE PROGRESSIVE CORPORATION; PROGRESSIVE CASUALTY INSURANCE COMPANY; PROGRESSIVE MARATHON INSURANCE COMPANY; and PROGRESSIVE HALCYON INSURANCE COMPANY, defendants, by and through their respective counsel, do hereby stipulate to the continuance of the hearing on PROGRESSIVE's Motion for Partial Summary Adjudication to June 29, 2006 at 1:30 p.m. in Courtroom 7.

Plaintiffs' Opposition shall be filed and served no later than June 15, 2006

///

///

///

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 29, 2006 | FARMER, MURPHY, SMITH & ALLISTON |
| | By_____<br>    Blane A. Smith |
| | Attorneys for Defendants |
| Dated: _____ | CAULFIELD, DAVIES & DONAHUE, LLP |
| | By_____<br>    Rebecca Weinstein-Hamilton |
| | Attorneys for Plaintiffs |

**ORDER**

    IT IS SO ORDERED.

Dated: 6/29/2006

_____
DAVID F. LEVI
United States District Judge

- 2 -
STIPULATION AND ORDER TO CONTINUE HEARING ON PROGRESSIVE'S MOTION FOR PARTIAL SUMMARY ADJUDICATION