BLANE A. SMITH, ESQ. (SB# 96795)
**FARMER SMITH LAW GROUP, LLP**
3620 American River Drive, Suite 218
Sacramento, CA  95864
Telephone: (916) 679-6565
Fax: (916) 679-6575

Attorneys for Defendants.
THE PROGRESSIVE CORPORATION, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE NEWLAND and JENNE NEWLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PROGRESSIVE CORPORATION; PROGRESSIVE CASUALTY INSURANCE COMPANY; PROGRESSIVE MARATHON INSURANCE COMPANY; PROGRESSIVE HALCYON INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  2:05-CV-01405-RRB-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COMPLETION OF DEPOSITIONS OF PLAINTIFFS AND PLAINTIFFS' DISCLOSED EXPERTS AND DEFENDANTS' DISCLOSED EXPERTS** |

On September 14, 2007, the Court granted a motion brought by Defendants to reopen discovery to conduct the depositions of Plaintiffs and Plaintiffs' disclosed experts concerning certain matters set forth in the Plaintiff's civil dissolution file.  By the order of the Court, these depositions were to be completed in ninety days, by December 13, 2007.

The Plaintiffs have requested an opportunity to reciprocally take the depositions of Defendants disclosed experts with reference to the same subject matter.  Defendants are agreeable to that, and have requested that a Court Order be sought to specifically address this matter.

-1-
STIPULATION TO EXTEND TIME FOR COMPLETION OF DEPOSITIONS OF PLAINTIFFS AND
PLAINTIFFS' DISCLOSED EXPERTSAND DEFENDANTS' DISCLOSED EXPERTS

PDF created with pdfFactory trial version www.pdffactory.com

In addition, in their efforts to schedule these depositions, the parties confront the unavailability of witness Jenne Newland until January 2008.  Ms. Newland's deposition testimony is needed for the informed opinion of the disclosed experts.

In light of the foregoing facts, to which the parties stipulate, the parties further stipulate to, and request a judicial order permitting:

1. To conduct the depositions by Plaintiffs of Defendants' experts, Thomas Corridan and Ed McKinnon, concerning the matters as to which discovery has been reopened in this matter with respect to Bruce Newland, Jenne Newland, and their disclosed experts, Dennis Joyce and Peter Occhialini.

2. Time to conduct these depositions is to be extended up to and including January 31, 2008.

**IT SO STIPULATED** by and on behalf of plaintiff Jenne and Bruce Newland**.**

Dated:  November ___, 2007        **CAULFIELD, DAVIES & DONAHUE, LLP**

> Counsel has authorized submission of the document on her behalf.
>
> /s/ Rebecca Hamilton, Esq. (as authorized on 11/14/07)
> By: _____
>     Rebecca Hamilton, Esq.
>     Attorney for Plaintiffs

**IT SO STIPULATED** by and on behalf of Defendants The Progressive Corporation; Progressive Casualty Insurance Company; Progressive Marathon Insurance Company; Progressive Halcyon Insurance Company.

Dated:  November 14, 2007        **FARMER SMITH LAW GROUP, LLP**

> By: _____
>     Blane A. Smith, Esq.
>     Attorney for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The parties having stipulated to, and good cause appearing therefore,

IT IS ORDERED:

1. That Plaintiffs Jenne and Bruce Newland shall be allowed to conduct the depositions of Thomas Corridan and Ed McKinnon concerning the same subject matter as the previously authorized depositions of Plaintiffs Bruce Newland, Jenne Newland, and their disclosed experts Dennis Joyce and Peter Occhialini.

2. That the parties shall have up till and including January 31, 2008, to complete these depositions.

DATED: November 15, 2007              /s/ Ralph R. Beistline
                                      HON. RALPH R. BEISTLINE
                                      UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com