1  **JAMES R. DONAHUE, SBN 105106**
   **REBECCA WEINSTEIN-HAMILTON, SBN 162699**
2  **CAULFIELD, DAVIES & DONAHUE, LLP**
   Post Office Box 277010
3  Sacramento, CA 95827-7010
   Telephone: (916) 817-2900
4  Facsimile:  (916) 817-2644

5  **Attorneys for Bruce Newland and Jenne Newland**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| BRUCE NEWLAND AND JENNE NEWLAND,<br><br>            Plaintiffs<br><br>v.<br><br>THE PROGRESSIVE CORPORATION; PROGRESSIVE CASUALTY INSURANCE COMPANY; PROGRESSIVE MARATHON INSURANCE COMPANY; PROGRESSIVE HALCYON INSURANCE COMPANY; and DOES 1-50, inclusive.<br><br>            Defendants. | Case No.  2:05-CV-01405-JAM-EFB<br><br>**REMAND ORDER**<br>**(28 U.S.C. 1447(c))** |

This matter came on for a Pre-Trial Conference on November 7, 2008, in Department 6 of the above-entitled court, the Honorable John A. Mendez presiding.  At the time of the Pre-Trial Conference, the Court raised the question of whether the matter was properly before the court on the basis of subject matter/diversity jurisdiction.  Specifically, the Court raised the issue of whether the amount in controversy was in excess of $75,000 at the time of removal of the action from Placer County Superior Court.  The Court instructed the parties to submit briefs on the issue of whether

PDF created with pdfFactory trial version www.pdffactory.com

1  remand was appropriate for lack of subject matter/diversity jurisdiction; specifically, whether the
2  amount in controversy met the minimum threshold of $75,000 under 28 USC § 1332.

3  Pursuant to the directive of the Court, the parties submitted briefs, declarations, and exhibits
4  to the court on the issue of remand, which were filed on or before November 14, 2008.  Pursuant to
5  the Court's instruction, a further Pre-Trial Conference was held on this matter on November 19,
6  2008, to further address the remand issue.  James R. Donahue, Esq., and Michael E. Myers, Esq.,
7  appeared on behalf of Plaintiffs; Blane A. Smith, Esq., appeared on behalf of Defendants, The
8  Progressive Corporation, Progressive Casualty Insurance Company, Progressive Marathon Insurance
9  Company, and Progressive Halcyon Insurance Company.

10  The Court, having considered the papers submitted in support of and in opposition to
11  Remand, the authority cited by the parties, and the arguments of counsel raised at the hearing, finds
12  that this court does not have subject matter jurisdiction over the action in that the asserted basis for
13  removal was diversity of citizenship pursuant to 28 U.S.C. § 1332, and contrary to 28 USC §
14  1332(a), Defendants have not met their burden of establishing that the amount in controversy at the
15  time of removal was in excess of $75,000.   Therefore, the court, *Sua Sponte*, hereby Orders as
16  follows:

17

18  IT IS ORDERED that this case be, and it hereby is, REMANDED to the Superior Court of
19  California, in and for the County of Placer in accordance with 28 USC § 1447 (c).  The clerk of this
20  court is directed to prepare a certified copy of this Order, and mail it to the clerk of the Superior
21  Court of California, in and for the County of Placer.

22  Dated: November 21, 2008

23
24  　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　The Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
25  Approved as to form:
26  _____
27  Blane A. Smith, Esq.
    Attorney for Defendants
28

2
**NEWLAND v. PROGRESSIVE**
**Case No.  2:05-CV-01405-JAM-EFB**
**REMAND ORDER (28 U.S.C. 1447(c))**

PDF created with pdfFactory trial version www.pdffactory.com